IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CHARLES KIMBLE, JR, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 6:21-CV-00122 |
| | § | |
| v. | § | |
| | § | |
| ANGELA JONES, ET AL., | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

The action was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636. On March 17, 2022, the Magistrate Judge issued a Report and Recommendation recommending that Plaintiff's case be dismissed with prejudice pursuant to 28 U.S.C. § 1915A(b)(1). Docket No. 32. Plaintiff filed objections. Docket No. 33.

The Court reviews objected-to portions of the Magistrate Judge's Report and Recommendation de novo. *See* FED. R. CIV. P. 72 and 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). The Court conducting a de novo review examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

1

Having reviewed Plaintiff's objections de novo, the Court concludes that the objections are without merit and that the findings and conclusions of the Magistrate Judge are correct. It is accordingly

**ORDERED** that the Report and Recommendation (Docket No. 32) is **ADOPTED**. It is further **ORDERED** that Plaintiff's suit is **DISMISSED** with **PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1). All motions not previously ruled on are **DENIED AS MOOT**.

So **ORDERED** and **SIGNED** this **6th** day of **April, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE